UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

KASIE L. STEINBERG,

  Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

  Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.   Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.   This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC,* 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.   Plaintiff, KASIE L. STEINBERG, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at Suite 300, 4850 East Street Road, Trevose, Pennsylvania 19053.

## FACTUAL ALLEGATIONS

5. Defendant, or another party acting on its behalf, left a pre-recorded message on Plaintiff's cellular telephone on or about August 21, 2008.

6. Defendant, or another party acting on its behalf, left similar or identical messages on other occasions using an automated telephone dialing system or pre-recorded or artificial voice on Plaintiff's cellular telephone. (Collectively, "the telephone messages").

7. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

2

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658